# IN THE DISTRICT COURT OF THE UNITED STATES

# for the Western District of New York

MAY 2018 GRAND JURY
(Impaneled 5/4/2018)

**THE UNITED STATES OF AMERICA**

**INDICTMENT**

*-vs-*

**LARRY WATKINS, SR.**

Violation:
Title 18, United States Code,
Section 922(g)(1)
(1 Count)

### COUNT 1

**(Felon in Possession of Ammunition)**

**The Grand Jury Charges That:**

On or about June 16, 2018, in the Western District of New York, the defendant, **LARRY WATKINS, SR.**, having previously been convicted on or about April 19, 1993, and on or about June 9, 1994, in County Court, Erie County, New York, and on or about May 20, 2005, in United States District Court, Western District of New York, of crimes punishable by imprisonment for a term exceeding one year, unlawfully did knowingly possess, in and affecting commerce, ammunition, namely, nine (9) rounds of .45 caliber ammunition.

**All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).**

DATED: Buffalo, New York, June 21, 2018.

           JAMES P. KENNEDY, JR.
           United States Attorney

    BY: S/PAUL C. PARISI
       Assistant United States Attorney
       United States Attorney's Office
       Western District of New York
       138 Delaware Avenue
       Buffalo, New York 14202
       716/843-5863
       Paul.Parisi@usdoj.gov

A TRUE BILL:

S/FOREPERSON