UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

United States of America

vs

Larry Watkins, Sr.,   Defendant

_____

Docket 18CR-131V

**Defendant's Supplemental Memorandum of Law**

In United States v Penaloza, 648 Fed. Appx, 508 (6th Cir. 2016) the Court remanded the case to the District Court for resolution of the defendants Johnson v U.S., 135 S.Ct. 2551 (2015) claim is applicable to U.S. Sentencing Guidelines §4B1.2 (a).  Additionally, in Sessions v Dimaya, 138 S. Ct. 1204, 200 L. Ed. 2d 549, 2018 U.S. LEXIS 2497 (April 17, 2018), the Ninth Circuit held that §16(b) as incorporated into the INA was unconstitutionally vague  [Dimaya v Lynch, 803 F. 3d 1110 (9th Cir 2015)].  That decision in the Ninth Circuit was affirmed by Supreme Court.

Dated:      July 16, 2018

Respectfully submitted,

s/*Alan S. Hoffman*
Alan S. Hoffman, Esq.
Attorney for Defendant
460 Franklin Street
Buffalo, New York 14202
Tele: (716) 884-4700
email= Lawyerhoffman@aol.com

TO:   Paul Parisi, Esq.,
        Seth T. Molisani Esq.
        Asst United States Attorneys
        138 Delaware Avenue
        Buffalo, New York 14202
        Tele: (716) 843-5881
        email=seth.molisani@usdoj.gov

United States District Court
Western District of New York

_____

The United States of America

vs

Larry Watkins, Jr.,Defendant

_____

## Certificate of Service

      I hereby certify that on July 16, 2018 , I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system which would then electronically notify all CM/ECF participants in this case.

                                                           s/*Alan S. Hoffman*
                                                           Alan S. Hoffman, Esq.