# NOTICE OF APPEAL

United States District Court
Western District of New York

_____

United States of America, Plaintiff

vs                                                                  **Docket 18CR-131V**

Larry Watkins Sr., Defendant                   <u>Hon. Lawrence J. Vilardo</u>
_____           District Court Judge

Notice is hereby given that LARRY WATKINS SR., appeals to the United States Court of Appeals for the Second Circuit from the Decision and Order [Doc#40] dated October 9, 2018 pursuant to 18 USC §3142 (e) granted by Hon. Lawrence J. Vilardo, confirming the Order of Magistrate Judge Roemer [Doc #15 ] dated July 19, 2018 granting the government's motion to detain Larry Watkins Sr. without bail.

This appeal concerns the Detention Order.

Appellant is represented by:
Alan S. Hoffman, Esq. - Assigned pursuant to the Criminal Justice Act.
460 Franklin Street
Buffalo, New York 14202
Tele: (716) 884-4700
email= Lawyerhoffman@aol.com

Appellee is represented by:
Assistant U.S. Attorneys:
Paul Parisi, Esq.,
Seth T. Molisani Esq.
138 Delaware Avenue
Buffalo, New York 14202
Tele: (716) 843-5881
email=seth.molisani@usdoj.gov

                                                        <u>*Alan S. Hoffman*</u>
                                                        /s/ Alan S. Hoffman

United States District Court
Western District of New York

_____

The United States of America

vs

Larry Watkins, Sr., Defendant

_____

## Certificate of Service

      I hereby certify that on October 17, 2018 , I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system which would then electronically notify all CM/ECF participants in this case.

                                                s/*Alan S. Hoffman*
                                                Alan S. Hoffman, Esq.